# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Courtney Aseltine<br>Rich Aseltine**,** | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:22-cv-00035-RJC-DCK |
| vs. | ) ) | |
| Board of Directors of Corvian Community School.<br>Corvian Community School, Inc.**,** | ) ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2023 Order.

September 6, 2023

_____

Katherine Hord Simon, Clerk
United States District Court